IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOOKXCHANGE FL, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>BOOK RUNNERS, LLC; TOBIAS KAPLAN and ANDREW McCOTTER,<br><br>    Defendants. | No. 1:19-cv-00506<br><br>Hon. Robert W. Gettleman<br><br>and Hon. Sheila M. Finnegan |

**STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, BookXchange FL, LLP, dismisses this action in its entirety with prejudice, each party to bear its own costs, expenses and attorneys' fees except as set forth in Docket No. 219 in this action.

So Stipulated and Respectfully submitted by:

| BOOK RUNNERS, LLC; TOBIAS KAPLAN and ANDREW McCOTTER | BOOKXCHANGE FL, LLC |
|---|---|
| By:     /s Mark E. Wilson<br>    One of Their Attorneys | By:     /s Michael R. Friedman<br>    One of Its Attorneys |

Mark E. Wilson
mark.wilson@fisherbroyles.com
Joseph Schramm III
Joseph.schram@fisherbroyles.com
Bradley P. Nelson
brad.nelson@fisherbroyles.com
FISHERBROYLES, LLP
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601
(312) 498-8078
*Attorneys for Defendants*

Cameron R. Nelson
nelsonc@gtlaw.com
Michael R. Friedman
friedmanm@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8404
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 24th day of May, 2021 a copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was filed with the Clerk of Court using the CM/ECF system which will send notification to opposing counsel at the following address:

> Mark E. Wilson
> mark.wilson@fisherbroyles.com
> Joseph Schramm III
> Joseph.schram@fisherbroyles.com
> Bradley P. Nelson
> brad.nelson@fisherbroyles.com
> FISHERBROYLES, LLP
> 203 North LaSalle Street, Suite 2100
> Chicago, Illinois 60601

                      By:      /s Michael R. Friedman